U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 14 2011

CHRIS R. JOHNSON, Clerk
By
                Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| ECONOMY PREMIER ASSURANCE COMPANY, as a subsidiary of METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, as subrogee of DONNA SUE SEXTON; and DONNA SUE SEXTON, individually, | § § § § § § § | |
| Plaintiffs, | § § | CASE NO.: CV-09-2008 |
| vs. | § § | |
| CPI PLASTICS GROUP, LTD. And, THE HOME DEPOT, | § § § § | |
| Defendant. | § | |
| Defendants. | | |

### ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE

On this date came to be considered Plaintiffs Economy Premier Assurance Company, as a subsidiary of Metropolitan Property & Casualty Insurance Company, as subrogee of Donna Sue Sexton, and Donna Sue Sexton, Individually, and Home Depot U.S.A., Inc. d/b/a The Home Depot's Joint Stipulation of Dismissal in the above-numbered and captioned cause. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiffs Economy Premier Assurance Company, as a subsidiary of Metropolitan Property & Casualty Insurance Company, as subrogee of Donna Sue Sexton, and Donna Sue Sexton, Individually, against Home Depot U.S.A., Inc. d/b/a The Home Depot ("Defendant") are hereby dismissed in their entirety with prejudice to the re-filing same and all claims against CPI Plastics Group, Ltd. remain pending.

It is further ORDERED, ADJUDGED AND DECREED that all other costs herein incurred shall be taxed against the party incurring same.

SIGNED on the 14 day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

152010.001/Joint Stipulation of Dismissal - Order